IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

M.R., a minor, by his parents and next friends,
Robert and Marjorie Rennhack
4824 45th Street, NW
Washington, D.C. 20016,

    Plaintiffs,

v.

DISTRICT OF COLUMBIA,
A Municipal Corporation,
One Judiciary Square,
441 Fourth Street, N.W.,
Washington, D.C. 20001,

    Defendant.

Civil Action No. _____

## COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

### Preliminary Statement

1.     This is an action for the reimbursement of attorneys' fees and costs incurred by a child with disabilities and his parents. Defendant has failed to carry out its legal duty to reimburse those fees and costs and, without the Court's intervention, plaintiffs will not be able to obtain relief.

### Jurisdiction

2.     This Court has jurisdiction over the matter pursuant to the Individuals with Disabilities Education Improvement Act ("IDEA"), 20 U.S.C. § 1415(I)(3), and 28 U.S.C.§ 1331 and 1343. Declaratory relief is authorized by 28 U.S.C. §§ 2201 and 2202.

## Parties

3.  M.R,. a disabled child as defined by the IDEA eligible to receive special education and related services, prevailed through an administrative appeal pursuant to the IDEA. At all times relevant to this action, M.R. and his parents resided in the District of Columbia. The parents bring this action on their son's behalf and in their own right.

4.  The District of Columbia is required to comply with the IDEA as a municipal corporation receiving federal financial assistance.

5.  M.R. and his parents initiated a due process hearing request for an administrative hearing on August 13, 2010.

6.  On September 29, 2010, DCPS offered a settlement before the scheduled date of the due process hearing. The settlement offer included placement and funding for M.R. at The Grove School ("Grove"), reimbursement for tuition already paid by the plaintiffs to Grove, and reasonable attorneys' fees and related costs incurred.

7.  Plaintiffs signed the settlement agreement on October 4, 2010.

8.  On October 5, 2010, plaintiffs formally withdrew their due process administrative hearing request.

9.  On October 27, 2010, plaintiffs requested reimbursement in the amount of $38,708.41 from the District of Columbia for attorneys' fees and costs for M.R.'s administrative action. A copy of the reimbursement request is attached to this Complaint as Exhibit A. This reimbursement was submitted pursuant to the Final Administrative Guidelines issued October 1, 2006, which assure timely payment of timely submitted claims.

10. On November 23, 2010, defendant responded to plaintiffs' claim for attorneys' fees and costs, denying the great majority of the charges without cause or specification. The school system's counteroffer of $3,310.40 was only 8% of plaintiffs' request. A copy of the Attorney Invoice and related documentation is attached as Exhibit B. Subsequent efforts by plaintiffs to discuss and resolve the request with defendant produced no agreed-upon amount for fee reimbursement.

11. On December 20, 2010, plaintiffs sent a letter to defendant highlighting the significant disparity between plaintiffs' offer and defendant's counteroffer and again renewed the request for the full $38,708.41.

12. Defendant has not resolved this claim in significant part.

13. Plaintiffs have made numerous efforts to resolve this matter out of Court.

14. Defendant's failure to reimburse the attorneys' fees and costs in full violates the IDEA.

15. Defendant's failure to reimburse the attorneys' fees and costs in full violates plaintiffs' rights to due process of law.

WHEREFORE, plaintiffs respectfully request that this Court:

1. Declaring that defendants have violated plaintiffs' rights under the IDEA;

2. Compelling defendants to pay plaintiffs and their counsel reasonable attorneys' fees and costs as defined by the IDEA;

3. Awarding plaintiffs their reasonable attorneys' fees and costs for this action;

4. Awarding such other relief as may be just and proper.

Respectfully submitted,

Michael J. Eig             #912733
Matthew B. Bogin           #911552
Paula A. Rosenstock        #494580
Charlene H. McMillan       #468476

MICHAEL J. EIG AND ASSOCIATES, P.C.
5454 Wisconsin Avenue, Suite 760
Chevy Chase, Maryland 20815
(301) 657-1740

Counsel for Plaintiffs