**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| M.R.,<br><br>  Plaintiff,<br><br>    v.<br><br>DISTRICT OF COLUMBIA,<br><br>  Defendant. | Civil Action No. 11-649 (CKK) |

**ORDER TO SHOW CAUSE**
(January 30, 2012)

For the reasons stated in the accompanying Memorandum Opinion, it is, this 30th day of January, 2012 hereby

**ORDERED** that Plaintiffs' [8] Motion for Summary Judgment is DENIED; it is

**FURTHER ORDERED** that, on or before February 10, 2012, Plaintiffs shall SHOW CAUSE as to why the Court should not grant summary judgment in Defendant's favor.

**SO ORDERED.**

   */s/*
   **COLLEEN KOLLAR-KOTELLY**
   UNITED STATES DISTRICT JUDGE